Pamela K. Fulmer (SBN 154736)
Chantelle C. Egan (SBN 257938)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
pkfulmer@jonesday.com
cegan@jonesday.com

Brian Selden (SBN 261828)
Michael J. Klepich (SBN 260574)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900
bgselden@jonesday.com
mklepich@jonesday.com

Attorneys for Defendant
RECKITT BENCKISER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC.<br><br>Defendants. | Case No. 5:10-cv-00966-JF<br><br>**JOINT STIPULATION TO SEVER DEFENDANT RECKITT BENCKISER, INC. AND [PROPOSED] ORDER** |

1  Plaintiff San Francisco Technology Inc. and Defendant Reckitt Benckiser Inc. ("Reckitt")
2  hereby stipulate and agree that Reckitt shall be severed from this case. This stipulation is made in
3  light of the Court's ruling in the above captioned litigation, *San Francisco Technology Inc. v. The*
4  *Glad Products Co. et al.* (Docket No. 315), where the Court determined that severance is
5  appropriate in a similar situation. Subject to the Court's approval, the parties request that the
6  Clerk open a new case number for *San Francisco Technology Inc. v. Reckitt Benckiser Inc.* and
7  file a copy of the complaint and this stipulation in that new case.
8  IT IS SO STIPULATED.
9  Respectfully submitted,
10 Dated: October 25, 2010          JONES DAY

12          By: /s/ Pamela K. Fulmer
              Pamela K. Fulmer
13            Counsel for Defendant Reckitt
              Benckiser Inc.

15 In accordance with General Order No. 45, Section X(B), the above signatory attests that
16 concurrence in the filing of this document has been obtained from the signatory below.
17 Dated: October 25, 2010          MOUNT & STOELKER, P.C.

19          By: /s/ Daniel H. Fingerman
              Daniel H. Fingerman
20            MOUNT & STOELKER, P.C.
              333 West San Carlos Street,
21            Suite 1650
              San Jose CA 95110
22            Telephone:  (408) 279-7000
              Facsimile:   (408) 998-1473
23            Counsel for Plaintiff San Francisco
              Technology Inc.

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
26 Dated: 10/27, 2010       By: _____
                                THE HON. JEREMY FOGEL
27                              United States District Court Judge

JOINT STIPULATION TO SEVER DEFENDANT
RECKITT AND [PROPOSED] ORDER
Case No. 5:10-CV-00966-JF

**CERTIFICATE OF SERVICE**

San Francisco Technology, Inc. v. The Glad Products Co., et al.
Case No.: 10-CV-00966-JF

I, Jeannie Jew, declare:

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On October 25, 2010, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION TO SEVER DEFENDANT RECKITT BENCKISER, INC. AND [PROPOSED] ORDER**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Robert W. Ashbrook, Jr. | Ronald A. Clayton |
| Dechert LLP | Timothy J. Kelly |
| Cira Centre | Fitzpatrick, Cella, Harper & Scinto |
| 2929 Arch Street | 1290 Avenue of the Americas |
| Philadelphia, PA 19104 | New York, NY 10104-3800 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 25, 2010, at San Francisco, California.

_____
Jeannie Jew

SFI-652703v1

SFI-639643v1
335542 - 600004

- 2 -

CERTIFICATE OF SERVICE