**E-Filed 6/22/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECKITT BENCKISER, INC., <br><br> Defendant. | Case Number 5:10-cv-04989-JF (PSG) <br><br> ORDER GRANTING IN PART DEFENDANT'S MOTION TO SHORTEN TIME <br><br> [re: dkt. entry 33 ] |

Defendant's motion to shorten time for hearing on its motion to stay discovery is GRANTED IN PART. The hearing on the motion to stay set for July 22, 2011 is RESET for July 8, 2011, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 6/22/2011

_____
JEREMY FOGEL
United States District Judge